| Fill in this information to identify the case: |
|---|
| Debtor name MICHIGAN HEALTH CLINICS, P.C. |
| United States Bankruptcy Court for the: EASTERN DISTRICT District of MICHIGAN (State) |
| Case number (If known): 25-20461 |

☒ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | TAX DEBT | DISPUTED | TBD | | TBD |
| 2 | Michigan Department of Treasury<br>P.O. Box 30199<br>Lansing, MI 48909 | | TAX DEBT | DISPUTED | TBD | | TBD |
| 3 | GOF FINANCE-C LLC<br>120 W. 2nd Street, 19th Floor<br>Dayton, OH 45402 | | LOAN GUARANTEE | DISPUTED | TBD | | TBD |
| 4 | VOX FUNDING<br>400 Rella Blvd, Ste 165<br>Suffern, NY 10901 | | LOAN GUARANTEE | DISPUTED | TBD | | TBD |
| 5 | American Express National Bank<br>PO Box 981540<br>El Paso, TX 79998-1540 | | CREDIT LINE | | TBD | | TBD |
| 6 | Frankenmuth Credit Union<br>c/o John Tragge, Esq.<br>2111 Woodward Avenue, Suite 701<br>Detroit, Michigan 48201 | | CREDIT LINE LOAN | | TBD | | TBD |
| 7 | Unemployment Insurance Agency<br>3030 W. Grand Blvd., Ste. 9-600<br>Detroit, MI 48202 | | TBD | DISPUTED | TBD | | TBD |
| 8 | Sensus Healthcare, Inc.<br>851 Broken Sound Parkway NW,<br>Suite 215<br>Boca Raton, FL 33487 | | EQUIPMENT FINANCING | DISPUTED | TBD | | TBD |

Debtor MICHIGAN HEALTH CLINICS, P.C. Case number (if known) 25-20461

Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | NeoGenomics Laboratories, Inc.<br>9490 NeoGenomics Way<br>Fort Myers, FL 33912<br>Phone: (866) 776-5907 | | SERVICES | DISPUTED | TBD | | TBD |
| 10 | Quest Diagnostics Incorporated<br>500 Plaza Drive<br>Secaucus, NJ 07094 | | SERVICES | DISPUTED | TBD | | TBD |
| 11 | Laboratory Corporation of America Holdings (LabCorp)<br>531 South Spring Street<br>Burlington, NC 27215 | | SERVICES | DISPUTED | TBD | | TBD |
| 12 | Modernizing Medicine, Inc.<br>4850 T-Rex Avenue, Suite 200<br>Boca Raton, FL 33431 | | SOFTWARE | DISPUTED | TBD | | TBD |
| 13 | Leavitt Medical, Inc.<br>One South Main Street<br>Salt Lake City, UT 84133 | | SOFTWARE | DISPUTED | TBD | | TBD |
| 14 | CompuGroup Medical, Inc.<br>3838 N. Central Avenue, Suite 1600<br>Phoenix, AZ 85012 | | SOFTWARE | DISPUTED | TBD | | TBD |
| 15 | Moeller Builders Inc.<br>12125 W. Tittabawassee Rd.<br>Freeland, MI. 48623 | | CONSTRUCTION | | TBD | | TBD |
| 16 | KISHORE JAYAKUMAR<br>519 H Street NW<br>Washington, DC 20001 | | CONTRACTOR | | TBD | | TBD |
| 17 | Roche Diagnostics Corporation<br>9115 Hague Road<br>Indianapolis, IN 46256 | | SUPPLIES | DISPUTED | TBD | | TBD |
| 18 | Leasing Associates of Barrington<br>220 North River Street<br>East Dundee, IL 60118 | | EQUIPMENT FINANCING | DISPUTED | TBD | | TBD |
| 19 | Mitsubishi Capital<br>7201 Metro Boulevard, Suite 800<br>Edina, MN 55439 | | EQUIPMENT FINANCING | DISPUTED | TBD | | TBD |
| 20 | Abbott Laboratories Inc.<br>Dept. 0200<br>100 Abbott Park Road<br>Abbott Park, IL 60064-3500 | | SUPPLIES | DISPUTED | TBD | | TBD |